IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICK W. ZLUPKO and<br>NENITA R. ZLUPKO,<br>For themselves and for and on<br>behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>WASHINGTON MUTUAL BANK, FA<br>and WASHINGTON MUTUAL HOME<br>LOANS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION No.<br>)  02-CV-4772-BMS<br>)<br>)  CLASS ACTION<br>)<br>)<br>)<br>)<br>) |

## **ENTRY OF APPEARANCE**

Kindly enter my appearance in the above entitled action on behalf of defendants,

Washington Mutual Bank, FA, and Washington Mutual Home Loans, Inc.

 

_____
Barry H. Boise
PEPPER HAMILTON LLP
3000 Two Logan Square
Philadelphia, PA 19103

Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2002, a true and correct copy of the Entry of Appearance for Defendants was served on the following counsel of record by first class mail, postage prepaid:

> Stuart A. Eisenberg
> McCullough & Eisenberg, P.C.
> 530 West Street Road
> Warminster, PA  18974

_____
Barry H. Boise