## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**　　　　　　　　　　　　　　　　　5614 United States Courthouse
　　JUDGE　　　　　　　　　　　　　　　　　　　　　　Independence Mall West
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19106

　　　　　　　　　　　　　　　　　　　　　　　　　　　　267-299-7620

September 25, 2002

　　　　　Re:　**Erick W. Zlupko v. Washington Mutual Bank**
　　　　　　　**Docket No. 02-cv-4772**

Dear Counsel:

　　Judge Schiller has scheduled the above-referenced case for a **Rule 16 conference** for **Wednesday, October 16, 2002 at 3:30 P.M.** in his chambers, **Room 5614**.

　　Counsel are directed to obtain copies of Judge Schiller's "Scheduling Policy Statement" and "Conference Information Report" from the Court's website at  http:www.paed.uscourts.gov. You should review the Scheduling Policy Statement before completing the Conference Information Report. Please bring the completed Conference Information Report with you to the Rule 16 Conference.

　　At the close of the conference, you will receive an Order from Judge Schiller that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　Patricia A. Callahan
　　　　　　　　　　　　　　　　　　　　Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　Hon. Berle M. Schiller
　　　　　　　　　　　　　　　　　　　　(267)299-7621