IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICK W. ZLUPKO and<br>NENITA R. ZLUPKO,<br>For themselves and for and on<br>behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA<br>and WASHINGTON MUTUAL HOME<br>LOANS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION No.<br>02-CV-4772-BMS<br><br>CLASS ACTION |

### MOTION OF BARRY H. BOISE FOR ADMISSION
### PRO HAC VICE OF THOMAS M. HEFFERON
### AND JOHN C. EKMAN

Pursuant to Rule 83.5.2(b) of the Local Rules of Civil Procedure of this Court, the undersigned, Barry H. Boise, who is a member in good standing of the bar of this Court, moves the Court to enter an Order admitting Thomas M. Hefferon, Esquire and John C. Ekman, Esquire, of the law firm of Goodwin, Procter & Hoar LLP, to practice before this Court pro hac vice as counsel for defendants Washington Mutual Bank, FA and Washington Mutual Home Loans, Inc. The facts supporting this motion are as follows:

1. The undersigned is an attorney-at-law of the Commonwealth of Pennsylvania, with the law firm of Pepper Hamilton LLP, located at 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, Pennsylvania 19103-2799, and is a member in good standing of the bar of this Court. The undersigned and his firm will serve as co-counsel on behalf of defendants Washington Mutual Bank, FA and Washington Mutual Home Loans, Inc.

2. Thomas M. Hefferon is a partner in the law firm of Goodwin, Procter &

Hoar LLP.  His address and telephone number are 1717 Pennsylvania Ave., N.W., Washington, D.C. 20006, (202) 974-1029.  He is a member of the bar of the District of Columbia.  He is in good standing in that bar, and no disciplinary or grievance proceedings have been filed or are pending against him.  He has also been admitted to practice in the United States Supreme Court, Commonwealth of Massachusetts, Commonwealth of Virginia, U.S. Court of Appeals for the First Circuit, District of Columbia Circuit, Fourth Circuit, Sixth Circuit, Eleventh Circuit, and U.S District Courts for the District of Massachusetts, Columbia and the Western District of Michigan and Northern District of Illinois.

3. John C. Ekman is an associate in the law firm of Goodwin, Procter & Hoar LLP.  His address and telephone number are 1717 Pennsylvania Ave., N.W., Washington, D.C. 20006, (202) 974-1172.  He is a member of the bar of the District of Columbia.  He is in good standing in that bar, and no disciplinary or grievance proceedings have been filed or are pending against him.  He has also been admitted to practice in the bars of the State of Wisconsin, State of Minnesota, Northern District of Illinois, District of Maryland, Western District of Wisconsin.

4. Counsel for plaintiffs concurs in granting Messrs. Hefferon and Ekman's admittance pro hac vice.

_____
Barry H. Boise
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Dated: September 27, 2002

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Thomas M. Hefferon, Esquire and John C. Ekman, Esquire was served upon Counsel on this 27th day of September, 2002, via first-class mail, postage prepaid:

        Stuart A. Eisenberg, Esquire
        McCullough & Eisenberg, P.C.
        530 West Street Road
        Warminster, PA 18974

        PEPPER HAMILTON LLP

        _____
        Barry H. Boise, Esquire
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA  19103-2799
        215.981.4000

        Attorneys for Defendants
        Washington Mutual Bank, FA and
        Washington Mutual Home Loans, Inc.