UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**                                              5614 United States Courthouse
        JUDGE                                                                  Independence Mall West
                                                                    Philadelphia, Pennsylvania 19106

                                                                                        267-299-7620

October 4, 2002

Re:   *Erick W. Zlupko v. Washington Mutual Bank*
      **Docket No. 02-cv-4772**

Dear Counsel:

   Judge Schiller has rescheduled the above-referenced case for a **Rule 16 conference** for **Monday, October 21, 2002 at 8:30 A.M.** in his chambers, **Room 5614**.

                                    Very truly yours,


                                    Patricia A. Callahan
                                    Deputy Clerk to
                                    Hon. Berle M. Schiller
                                    (267)299-7621