IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICK W. ZLUPKO and<br>NENITA R. ZLUPKO,<br>For themselves and for and on<br>behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA<br>and WASHINGTON MUTUAL HOME<br>LOANS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION No.<br>02-CV-4772-BMS<br><br>CLASS ACTION |

FILED OCT 17 2002

## ENTRY OF APPEARANCE

Kindly enter my appearance in the above entitled action on behalf of defendants,

Washington Mutual Bank, FA, and Washington Mutual Home Loans, Inc.

Stephen G. Harvey
PEPPER HAMILTON LLP
3000 Two Logan Square
Philadelphia, PA 19103

Attorney for Defendants

## CERTIFICATE OF SERVICE

FILED OCT 17 2002

I hereby certify that on this 17th day of October, 2002, a true and correct copy of the Entry of Appearance for Defendants was served on the following counsel of record by first class mail, postage prepaid:

>Stuart A. Eisenberg
>McCullough & Eisenberg, P.C.
>530 West Street Road
>Warminster, PA  18974

/s/ Barry H. Boise
Barry H. Boise