IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERICK W. ZLUPKO, ET AL : CIVIL ACTION
:
VS. : NO.  02-4772
:
:
WASHINGTON MUTUAL BANK

### ORDER

AND NOW, this 13th day of NOVEMBER, 2002, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Berle M. Schiller to the Honorable Bruce W. Kauffman, as related to Civil Action Nos. 01-4641, 01-4642, 02-1179, 02-4773 and 02-4774.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court