IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICK W. ZLUPKO and<br>NENITA R. ZLUPKO,<br>For themselves and for and on<br>behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>            v.<br><br>WASHINGTON MUTUAL BANK, FA<br>and WASHINGTON MUTUAL HOME<br>LOANS, INC.,<br><br>    Defendants. | CIVIL ACTION No.<br>02-CV-4772-BMS<br><br>CLASS ACTION |

## PRAECIPE TO DISMISS

Pursuant to the attached Stipulation of Dismissal of Plaintiffs' Class Action Complain in Civil Action, please dismiss the above action with prejudice.

_____
Barry H. Boise
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Thomas M. Hefferon, P.C. *(pro hac vice)*
John C. Ekman, Esq. *(pro hac vice)*
GOODWIN PROCTER LLP
1717 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 974-1000

Attorneys for Defendants

Dated: May 14, 2003

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe to Dismiss was served upon Counsel on this 14th day of May, 2003, via first-class mail, postage prepaid:

> Stuart A. Eisenberg, Esquire
> McCullough & Eisenberg, P.C.
> 530 West Street Road
> Warminster, PA 18974

*[signature]*
Barry H. Boise, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000


Thomas M. Hefferon, P.C. *(pro hac vice)*
John C. Ekman, Esq. *(pro hac vice)*
GOODWIN PROCTER LLP
1717 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 974-1000


Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICK W. ZLUPKO and<br>NENITA R. ZLUPKO,<br>For themselves and for and on<br>behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>WASHINGTON MUTUAL BANK, FA<br>and WASHINGTON MUTUAL HOME<br>LOANS, INC.,<br><br>　　　　Defendants. | CIVIL ACTION No.<br>02-CV-4772-BWK<br><br>CLASS ACTION |

**STIPULATION OF DISMISSAL OF PLAINTIFFS'
CLASS ACTION COMPLAINT IN CIVIL ACTION**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Erick and Nenita Zlupko, and defendants Washington Mutual Bank, FA and Washington Mutual Home Loans, Inc., by and through their respective attorneys, hereby stipulate to the dismissal, with prejudice, of Plaintiffs' Class Action Complaint in Civil Action.

DATED: May 13, 2003

Respectfully Submitted,

_____
Stuart A. Eisenberg, Attorney I.D. 12433
Carol B. McCullough, Attorney I.D. 56424
McCULLOUGH & EISENBERG, P.C.
530 West Street Road, Suite 201
Warminster, PA 18974
(215) 957-6411

Attorneys for Plaintiffs

DATED: May 14, 2003

/s/ Barry H. Boise
Barry H. Boise, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Thomas M. Hefferon, P.C. (*pro hac vice*)
John C. Ekman, Esq. (*pro hac vice*)
GOODWIN PROCTER LLP
1717 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 974-1000

Attorneys for Defendants

2