IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICK W. ZLUPKO AND NENITA R. ZLUPKO, For themselves and for and on behalf of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA and WASHINGTON MUTUAL HOME LOANS, INC.<br><br>Defendants | CIVIL ACTION<br><br>NO. 02-CV-4772-BMS<br><br>CLASS ACTION |

ORDER

AND NOW THIS ____ day of _____, 2003, upon consideration of the Motion of Barry H. Boise for Admission Pro Hac Vice of Scott Nardi, Esquire, it is hereby ORDERED and DECREED that the Motion is GRANTED and Mr. Nardi is admitted to practice before this Court pro hac vice as counsel for Defendants, Washington Mutual Bank, FA and Washington Mutual Home Loans, Inc.

_____
Kauffman, B., J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICK W. ZLUPKO AND NENITA R. ZLUPKO, For themselves and for and on behalf of others similarly situated : : : : Plaintiff, : : v. : : WASHINGTON MUTUAL BANK, FA and : WASHINGTON MUTUAL HOME LOANS, INC. : : : Defendants : : | CIVIL ACTION NO. 02-CV-4772-BMS CLASS ACTION |

## MOTION OF BARRY H. BOISE FOR ADMISSION
## PRO HAC VICE OF SCOTT NARDI

Pursuant to Rule 83.5.2(b) of the Local Rules of Civil Procedure of this Court, the undersigned, Barry H. Boise, who is a member in good standing of the bar of this Court, moves the Court to enter an Order admitting Scott Nardi, Esquire of the laws firm of Goodwin Procter LLP, to practice before this Court pro hac vice as counsel for defendants Washington Mutual Bank, FA and Washington Mutual Home Loans, Inc. The facts supporting this motion are as follows:

1. The undersigned is an attorney-at-law of the Commonwealth of Pennsylvania, with the law firm of Pepper Hamilton LLP, located at 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, Pennsylvania 19103-2799, and is a member in good standing of the bar of this Court. The undersigned and his firm will serve as co-counsel on behalf of the defendants Washington Mutual Bank, FA and Washington Mutual Home Loans, Inc.

2. Scott Nardi is an associate in the law firm of Goodwin Procter LLP. His address and telephone number are 1717 Pennsylvania Avenue, N.W., Washington, DC 20006,

(202) 974-1007. He is a member of the bar of the District of Columbia. He is in good standing in that bar, and no disciplinary or grievance proceedings have been filed or are pending against him. He has also been admitted to practice in the bar of the State of Minnesota, and in the Court of International Trade, the Court of Appeals for the Federal Circuit, the District of Columbia Circuit, and the U.S. District Court for the District of Columbia.

                                                _____
                                                Barry H. Boise
                                                PEPPER HAMILTON LLP
                                                3000 Two Logan Square
                                                Eighteenth & Arch Streets
                                                Philadelphia, PA  19103-2799
                                                (215) 981-4000

Dated:  July 15, 2003

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission Pro Hac Vice of Scott Nardi, Esquire was served upon counsel on this 15th day of July, 2003, via first-class mail, postage prepaid:

    Staurt A. Eisenberg, Esquire
    McCullough and Eisenberg, P.C.
    530 West Street Road
    Warminster, PA 18974

Barry H. Boise
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000