IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERICK W. ZLUPKO** and | : | CIVIL ACTION |
| **NENITA R. ZLUPKO,** | : | |
| individually and on behalf | : | NO. 02-CV-4772 |
| of others similarly situated | : | |
| | : | |
| v. | : | |
| | : | |
| **WASHINGTON MUTUAL** | : | |
| **BANK, F.A.,** <u>et al.</u> | : | |

### ORDER

**AND NOW**, this _____ day of July, 2003, upon consideration of Defendants' unopposed Motion for Admission *Pro Hac Vice* of Scott Nardi (docket no. 13), and good cause having been shown, **IT IS ORDERED** that the Motion is **GRANTED**. Accordingly, Scott Nardi, Esquire is admitted to participate *pro hac vice* in the above-captioned matter.

                                                  BY THE COURT:

                                                  **BRUCE W. KAUFFMAN, J.**